# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2015

Robert P. Young, Jr.,
Chief Justice

150541

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

ALEXANDRA PEW,
          Plaintiff-Appellant,

v

MICHIGAN STATE UNIVERSITY,
          Defendant-Appellee.

SC: 150541
COA: 317727
Ct of Claims: 12-000157-MZ

_____/

On order of the Court, the application for leave to appeal the October 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2015



t0520

Clerk